**Order entered April 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00243-CV

### IN RE JOHN EDWARD HINES, JR., Relator

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 046853**

## ORDER

Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial court to issue a written ruling on relator's motion for judgment nunc pro tunc within thirty (30) days of the date of this order. We further **ORDER** the trial court to file with this Court, within the time for compliance with the Court's opinion and order of this date, a certified copy of its order evidencing such compliance. Should the trial court fail to comply with this order, the writ will issue.

/s/    BILL PEDERSEN, III
       JUSTICE